IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
Asheville Division

| | |
|---|---|
| ROBERT NAGLE | )<br>)<br>) |
| Plaintiff, | )<br>) Civil Action No.:1:12-cv-244 |
| v. | )<br>) |
| BANK OF AMERICA, N.A. | )<br>) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

The parties to this action, having designated undersigned counsel for plaintiff Robert Nagle as the attorney to give notice to the Court, hereby show unto the Court that this case has been settled. The parties and their counsel are preparing and will cause settlement papers to be executed. If permitted, they anticipate filing a stipulation of dismissal with the Clerk of Court upon completion of certain additional actions expected to be performed within the next sixty (60) days, a period longer than the Court's regular practice for providing time in which parties may complete settlement documentation, but that is needed for the parties to complete all settlement related actions in this particular case.

This, the 15th day of September, 2014.

> /s/Edward L. Bleynat, Jr.
> Edward L. Bleynat, Jr. [SB#16558]
> Ferikes & Bleynat, PLLC
> 21 Broad Street
> Asheville, NC 28801
> *Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

This is to certify that the foregoing **NOTICE OF SETTLEMENT** was filed through the ECF System, giving notice to counsel for the Bank in accordance with the provisions of Rule 5 of the Federal Rules of Civil Procedure as follows:

rmuckenfuss@mcguirewoods.com
lbeatty@mcguirewoods.com
Robert A. Muckenfuss
R. Locke Beatty
McGuire Woods, LLP
201 North Tryon St., Suite 3000
Charlotte, NC 28202
*Attorneys for Bank of America, N.A.*

eztimmermans@mcguirewoods.com
Elizabeth M.Z. Timmermans
McGuire Woods, LLP
434 Fayetteville St., Suite 2600
Raleigh, NC 27601
*Attorneys for Bank of America, N.A.*

This the 15th day of September, 2014.

                *s/ Edward L. Bleynat, Jr.*
                Edward L. Bleynat, Jr.
                FERIKES & BLEYNAT, PLLC
                21 Broad Street
                Asheville, NC 28801
                Tele:  (828) 251-1588
                Fax:   (828) 251-2214